

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-20-00020-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd A. "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Patricia O. Alvarez, Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

On January 27, 2020, this court ordered Kinney County to pay the costs for preparing the reporter's record no later than February 7, 2020, subject to this court later determining whether costs should otherwise be taxed on the final disposition of this original proceeding. We also ordered that the reporter's record be filed no later than ten days after the costs were paid.

On February 3, 2020, the court reporter filed a Notification of Late Record stating she received payment for the record on February 3, 2020, and she asked for thirty days in which to file the record. The request is granted and the record is due **no later than March 3, 2020.**

Relator is reminded that its amended petition for writ of mandamus, with all appropriate citations to the record, is due **no later than fifteen days from the date the reporter's record is filed**. If relator fails to timely file its amended petition for writ of mandamus, this original proceeding will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

It is so **ORDERED** on February 5, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of *The State of Texas v. Mark Anthony Gonzalez*; Cause No. 10041CR, and twenty-one other cases, pending in the County Court, Kinney County, Texas. The Honorable Sid L. Harle signed the order at issue in this original proceeding.